IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01480–EWN–CBS

In re:

| | |
|---|---|
| K&J PROPERTIES, INC., | Proceedings Under Chapter 11 |
| Y&B PROPERTIES, LLC, | Jointly Administered Under |
| INDIAN CREEK INVESTMENTS, LLC, | Case No. 02–26975 ABC |

    Debtors.

DANIEL A. HEPNER, Chapter 11 Trustee,

    Plaintiff/Counterclaim Defendant,

Adversary Proceeding
No. 04-1500-ABC

v.

PWP GOLDEN EAGLE TREE, LLC,

    Defendant/Counterclaimant.

And

PWP GOLDEN EAGLE TREE, LLC,

    Third-Party Plaintiff,

v.

HENRY H. YUSEM, individually,
RICHARD YUSEM, individually,
JUDITH YUSEM, individually,
FREDRIC BERNSTEIN, individually
and In his capacity as Trustee, and the
K GRANTOR TRUST,

    Third-Party Defendants.

**ORDER**

This matter is before the court on a review of the file. That review suggests that the motion to withdraw and the case are moot because of either or both of two events. First, the bankruptcy judge has entered a final judgment in the case. (Docket No. 3.) Second, the cause into which the motion advocates consolidation has also been decided. Accordingly, it is

**ORDERED** that the motion to withdraw reference is denied as moot, and the clerk shall close this court's file.

Dated this  12th  day of September, 2005.

BY THE COURT:

s/Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge